UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

MICHAEL WOODY,

                          Plaintiff,

                                                                                       SCHEDULING ORDER

                                                                                       03-CV-6514L

                          v.

STATE UNIVERSITY OF NEW YORK AT
GENESEO, et al.,

                          Defendants.
_____

       After a conference with counsel on April 11, 2006, the following schedule shall control the prosecution of this case:

       1.  Defendants' motion to enlarge the scheduling order (Dkt. #17) is denied.

       2.  A jury trial is scheduled for Monday, October 23, 2006 at 9:00 a.m.  A pretrial conference will be held October 12, 2006 at 3:00 p.m.

       3.  The Court's schedules a status/settlement conference on June 1, 2006 at 2:00 p.m.

       4.  Plaintiff must make a written demand for settlement on defense counsel by May 5, 2006 and defendants must respond by May 19, 2006.

       5. Defendants' counsel must submit a letter to plaintiff's counsel by May 5, 2006 identifying his view of the claims that should be eliminated or narrowed; plaintiff must respond to that by May 12, 2006.

       IT IS SO ORDERED.

                                                  _____
                                                    DAVID G. LARIMER
                                                    United States District Judge

Dated: Rochester, New York
         April 27, 2006.

Case 6:03-cv-06514-DGL-JWF   Document 20   Filed 04/27/06   Page 2 of 2

- 2 -

- 2 -